**Cheryl Sue FRANCIS, Respondent,**

v.

**David Allen FRANCIS, Appellant.**

**No. 47898.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 8, 1984.

Lawrence O. Willbrand, St. Louis, for appellant.

Patrick O. Boyle, St. Louis, for respondent.

## ORDER

PER CURIAM.

Appeal by husband in dissolution action attacking determination of temporary child support and maintenance. The case having no precedential value is affirmed pursuant to Rule 84.16(b).

All Judges concur.